V. ANDREW CASS
Nevada Bar No. 005246
cass@lbbslaw.com
JEFFREY D. OLSTER
Nevada Bar No. 008864
olster@lbbslaw.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702-893-3383
Fax: 702-893-3789

Attorneys for Defendant
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAN McKIMMEY,<br><br>           Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; STEVENSON AGENCY, INC., DOE INSURANCE AGENT, and ROES I through XX; inclusive and ROE CORPORATIONS I through XX, inclusive<br><br>           Defendants. | Case No. 2:10-cv-00789-RLH-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Dan McKimmey, by and through his counsel, and defendant State Farm Mutual Automobile Insurance Company, by and through its counsel, that this action be dismissed with prejudice as to all parties, with each

. . .

. . .

. . .

4816-0695-4503.1

party to bear his/its own costs and attorneys' fees.

DATED this ___/___ day of November, 2010.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Jeffrey D. Olster
Nevada Bar No. 008864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

DATED this ___/___ day of November, 2010.

LAW OFFICE OF JAMES J. REAM

By _____
James J. Ream
Law Office of James J. Ream
333 N. Rancho Drive, Suite 530
Las Vegas, Nevada 89106
*Attorney for Plaintiff*

## ORDER

Upon stipulation of the aforementioned parties, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, as to all parties, with each party to bear his/its own attorneys' fees and costs.

DATED this 3rd day of November 2010.

_____
Roger L. Hunt
CHIEF U.S. DISTRICT JUDGE